**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
    Email: mkane@mcguirewoods.com
Sabrina A. Beldner (SBN 221918)
    Email: sbeldner@mcguirewoods.com
Amy. E. Beverlin (SBN 284745)
    Email: abeverlin@mcguirewoods.com
Ashley R. Li (SBN 317305)
    Email: ali@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendants
WATKINS AND SHEPARD TRUCKING, INC.
and SCHNEIDER NATIONAL CARRIERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ROMERO, on his own behalf and on behalf of all other persons similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 5:19-cv-02158 PSG (KKx)<br><br>**DECLARATION OF ANGIE SHEEDLO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION OF PLAINTIFF'S CLAIMS AND STAY PROCEEDINGS PENDING RULING ON MOTION AND COMPLETION OF ARBITRATION**<br><br>Date:      May 4, 2020<br>Time:     1:30 p.m.<br>Crtrm:   6A<br>Judge:   Hon. Philip S. Gutierrez |

127483336.3

**DECLARATION OF ANGIE SHEEDLO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS**

# DECLARATION OF ANGIE SHEEDLO

I, ANGIE SHEEDLO, declare as follows:

1. I am over 18 years of age. The following information is true and of my own knowledge. If called as a witness, I could and would competently testify thereto.

2. I am a Human Resources Business Partner for Defendant Schneider National Carriers, Inc. ("SNC"), which is the parent company of Defendant Watkins and Shepard Trucking, Inc. ("W&S") (collectively, "Defendants"). I have held this role for approximately seven years.

3. In my capacity as a Human Resources Business Partner, I have knowledge of the internal organizational and operating structure of SNC and its corporate subsidiaries, parents and affiliates, including, without limitation, W&S. SNC and W&S provide logistics and transportation services to customers as a common and contract motor carrier. Defendants' respective operations are national in scope. In the ordinary course of their business, SNC and W&S have provided services to customers across numerous industries all over the United States. Schneider National, Inc. ("Schneider"), which maintains its corporate headquarters in Green Bay, Wisconsin, is the ultimate parent company of both SNC and W&S.

4. In my capacity as a Human Resources Business Partner, and in the normal course and scope of my duties in that role, I am responsible for, among other things, overseeing and managing documentation provided to and by SNC by and to its employees and its subsidiaries' employees, including W&S. I have continuously had access to job applications, new-hire, and other on-boarding, personnel, payroll, wage

statement and employment-related documents and information for current and former employees of SNC and its subsidiaries, including, without limitation, W&S. I am also familiar with the way in which these records are created and maintained by both SNC and W&S. With respect to employees of W&S, their personnel documents and records are maintained in the ordinary course of W&S's business and reflect true and correct copies of documents created or acknowledged by employees or other persons with a business duty to do so, with personal knowledge of the records or events stated therein, and at or near the time of the events reflected therein.

5. I have access to and have reviewed W&S's personnel, payroll, and wage records for current and former employees of W&S, including accessing and reviewing such records for Plaintiff Alejandro Romero ("Plaintiff") for purposes of making this declaration.

6. Plaintiff's personnel records reflect that he was hired by W&S on or around September 25, 1997, and that his employment with W&S terminated on August 23, 2019. Plaintiff's unique six-digit Employee Identification Number at W&S is 383438, which is an Employee Identification Number that also appears on his W&S wage statements.

7. In my role as Human Resources Business Partner, I am familiar with Schneider's Mediation & Arbitration Policy (also known as the "SMAP"). While employees must acknowledge that they have read and reviewed the SMAP, the SMAP itself is not a condition of continued employment with Schneider or any of its subsidiary entities (including, without limitation, W&S). Pursuant to the express terms of and as stated in the SMAP, an employee can elect not to be bound by the SMAP within 30 calendar days after receipt of or being notified about the SMAP by delivering

written notice of the employee's election not to be bound in the manner specified under the terms of the SMAP.

8. When an employee provides written notice of his or her election not to be bound by the terms of the SMAP as provided therein, a copy of that written election not to be bound by the SMAP is included and maintained as part of the employee's personnel file in the ordinary course of business, and for a copy of that written election not to be bound to also be maintained by the Company's Legal Department in the ordinary course of business.

9. I have reviewed and/or caused to be reviewed Plaintiff's personnel file and Legal Department files related to employees who have elected to opt out of and not be bound by the SMAP, which records are maintained in the ordinary course of business by employees with a business duty to do so. Those files contain no record of Plaintiff electing to opt out of or attempting to elect to opt out of being bound by the SMAP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27TH day of February 2020, at Green Bay, Wisconsin.

_____
ANGIE SHEEDLO