1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| ALEJANDRO ROMERO, on his own behalf and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>      vs.<br><br>WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 5:19-cv-02158-PSG (KKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION OF PLAINTIFF'S CLAIMS AND STAY PROCEEDINGS PENDING RULING ON MOTION AND COMPLETION OF ARBITRATION**<br><br>**Date:**     **May 4, 2020**<br>**Time:**    **1:30 p.m.**<br>**Crtrm:**   **6A**<br>**Judge:**   **Hon. Philip S. Gutierrez** |

# [PROPOSED] ORDER

Defendant Watkins and Shepard Trucking, Inc. and Schneider National Carrier, Inc.'s (collectively, "Defendants") Motion to Compel Individual Arbitration of Plaintiff's Claims and Stay Proceedings Pending Ruling on Motion and Completion of Arbitration (the "Motion") came on regularly for hearing before this Court.  The appearances of counsel were made and noted on the record at the hearing.  The Court, having reviewed and considered the papers and evidence submitted by the parties, the arguments of counsel made on the record at the hearing, and such other matters of which judicial notice has been taken, and good cause appearing for the relief requested in the Motion, hereby rules and orders as follows:

1.     The Motion shall be and hereby is GRANTED;

*[and]*

2.     Pursuant to 9 U.S.C. § 3, Plaintiff Alejandro Romero shall be and hereby is ORDERED to submit his individual claims (and not any class action claims) being asserted in this action against Defendants to arbitration pursuant to the terms of parties' written arbitration agreement, which was presented to the Court in support of the Motion;

*[and]*

3.     Plaintiff's putative class action claims being asserted in this action against Defendant shall be and hereby are dismissed pursuant to the class action waiver contained within the parties' written arbitration agreement, which was presented to the Court in support of the Motion, *see Epic Sys. Corp.*

1

1    *v. Lewis*, 138 S.Ct. 1612, 1621-23 (2018);

2

3                              *[and]*

4

5        4.      Pursuant to 9 U.S.C. § 4, this action shall be and hereby is otherwise

6                STAYED pending completion of the individual arbitration proceedings

7                ordered herein.

8

9        **IT IS SO ORDERED.**

10

11

12   Dated: _____        _____
                                        HON. PHILIP S. GUTIERREZ
13                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28