1  Eric A. Panitz (SBN 243877)
   PANITZ LAW GROUP APC
2  18000 Studebaker Road, Suite 700
   Cerritos, CA  90703
3  (562) 924-7800 Phone
   (562) 924-7801 Fax
4  eric@panitzlaw.com

5  Attorneys for Plaintiff
   ALEJANDRO ROMERO
6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ALEJANDRO ROMERO, on his own behalf and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-02158 PSG (KKx)<br><br>**DECLARATION OF ALEJANDRO ROMERO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION**<br><br>Date:   May 4, 2020<br>Time:   1:30 p.m.<br>Crtrm:  6A<br>Judge:  Hon. Philip S. Gutierrez |

## DECLARATION OF ALEJANDRO ROMERO

I, ALEJANDRO ROMERO, hereby declare as follows:

1. I am over the age of 18 years and a resident of the state of California. I am the Plaintiff in the above entitled action, and I have personal knowledge of the facts set forth herein and, if called to testify in a court of law, could, and would, testify accordingly.

2. I was employed by Watkins and Shepard Trucking, Inc. at 11251 Hemlock Ave., Fontana California 92337, as a truck driver from September 1997 until August 23, 2019. My last rate of pay was $26.00 per hour and I worked full time. My job predominantly involved furniture and carpet deliveries to retail stores in California which were shipped from furniture and carpet manufacturers located outside California.

3. In or around June 2016, I was notified that Watkins and Shepard Trucking, Inc. had been acquired by Schneider National Carriers, Inc.

4. On August 1, 2019, I was informed via a message sent by my employer through a digital terminal in my truck that Watkins and Shepard Trucking, Inc. intended to cease operations on August 16, 2019 and my job would be terminated. I was further told to return my truck to 11251 Hemlock Ave., Fontana California 92337 on that date. I never received any other advance notification about the termination of my employment.

5. I followed my employers' instructions to return my truck to 11251 Hemlock Ave., Fontana California 92337 on August 16, 2019, and my employment with Defendants was terminated effective August 23, 2019.

6. Multiple times during my employment I was required to take online education courses regarding driver safety. I took these online courses infrequently enough that each subsequent time that I attempted to access Defendants' online system, I was unable to log in because my password had expired. To gain access, I had to call Defendants' headquarters, and a manager would issue a new password

DECLARATION OF ALEJANDRO ROMERO – 1

and read it to me over the telephone. As such, Defendants' managers knew my password and could easily access the online system under my Employee Identification Number without my knowledge. Management employees of Defendants could also reset my password and access the online system under my Employee Identification Number and then mark my password expired.

7. I have reviewed the declaration of Theresa Prestine-Dommer submitted in support of Defendants' Motion to Compel Arbitration. I never accessed either the 2018 version or the 2019 version of the Associate Acknowledgments document. I am unfamiliar with, and did not review or agree to the Schneider Mediation & Arbitration Policy ("SMAP") on either April 26, 2018 or April 19, 2019. I would have easily recalled seeing these documents and/or the screenshots shown on pages 6 and 8 of Ms. Prestine-Dommer's declaration had I seen them within the past two (2) years. I did not ever see them, nor did I click on the "I Agree" buttons depicted on pages 6 or 8.

8. Prior to reviewing Ms. Prestine-Dommer's declaration, I did not ever review or agree to either version of Defendants' MEDIATION & ARBITRATION POLICY (UNITED STATES) attached to Ms. Prestine-Dommer's declaration as Exhibits A & B, respectively. Again, had I reviewed these documents within the past two (2) years I would have recalled doing so.

I declare under the penalty of perjury under the laws of the State of United States of America that the foregoing is true and correct. Executed on this 10th day of April, 2020, at Cerritos, California.

_____
ALEJANDRO ROMERO

# CERTIFICATE OF SERVICE

I, Eric A. Panitz, an employee in the County of Los Angeles, certify that on **April 12, 2020**, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of document(s)filed in this matter:

**PLAINTIFF ALEJANDRO ROMERO'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION**

| *Counsel for Defendants:*<br><br>Sabrina A. Beldner<br>Amy. E. Beverlin<br>Ashley R. Li<br>Matthew C. Kane<br>McGuireWoods LLP<br>1800 Century Park East 8th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 315-8200<br>Fax: (310)315-8210<br>sbeldner@mcguirewoods.com<br>abeverlin@mcguirewoods.com<br>ali@mcguirewoods.com<br>mkane@mcguirewoods.com | |

Dated: April 12, 2020

PANITZ LAW GROUP APC

ERIC A. PANITZ
18000 Studebaker Road, Suite 700
Cerritos, California 90703
Attorneys for Plaintiff
ALEJANDRO ROMERO