**McGuireWoods LLP**
Matthew C. Kane (SBN 171829)
    Email: mkane@mcguirewoods.com
Sabrina A. Beldner (SBN 221918)
    Email: sbeldner@mcguirewoods.com
Amy. E. Beverlin (SBN 284745)
    Email: abeverlin@mcguirewoods.com
Ashley R. Li (SBN 317305)
    Email: ali@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendants
WATKINS AND SHEPARD TRUCKING, INC.
and SCHNEIDER NATIONAL CARRIERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ROMERO, on his own behalf and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 5:19-cv-02158 PSG (KKx)<br><br>**REPLY DECLARATION OF CHANCE SHOOK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION OF PLAINTIFF'S CLAIMS AND STAY PROCEEDINGS PENDING RULING ON MOTION AND COMPLETION OF ARBITRATION**<br><br>**Date:**     **May 4, 2020**<br>**Time:**    **1:30 p.m.**<br>**Crtrm:**   **6A**<br>**Judge:**   **Hon. Philip S. Gutierrez** |

# DECLARATION OF CHANCE SHOOK

I, CHANCE SHOOK, declare as follows:

1.      I am over 18 years of age.  The following information is true and of my own knowledge.  If called as a witness, I could and would competently testify thereto.

2.      I am currently employed by Onshore Outsourcing ("Onshore"), which provides various third-party, outsourced information technology support services for companies that contract with Onshore for such services.

3.      I started working for Onshore in August 2012 at its Macon, Missouri call center location as a customer agent and in 2014, I became a Team Lead.  At all times during my employment as an Onshore customer agent, my job duties have included answering and resolving incoming information technology support calls received on behalf of companies that have contracted for Onshore's outsourced support services.  At all times during my employment as an Onshore Team Lead, my job duties have included those of a customer agent, as described above, as well as the following on behalf of companies that have contracted for Onshore's outsourced support services: overseeing a team of Onshore customer agents who answer calls on the overnight shift, managing the intake and resolution of information technology support requests that are submitted electronically, and serving as the point of escalation if a customer agent cannot resolve a support call or if the caller asks to speak with the customer agent's supervisor.

4.      From August 2012 to the present, my work as a customer agent and Team Lead for Onshore has at all times included Onshore's providing third-party, outsourced

**REPLY DECLARATION OF CHANCE SHOOK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS**

information technology support center services for Schneider National Inc. ("Schneider") and employees of its various subsidiaries and affiliated entities, including without limitation Schneider National Carriers, Inc. ("SNC") and Watkins and Shepard Trucking, Inc. ("W&S"). As a result, I am familiar with and have personal knowledge of the policies, practices and procedures that apply to Onshore providing such services for Schneider, including with respect to answering, handling and documenting information technology support requests that Onshore receives from employees of Schneider, SNC and W&S, including employee requests to reset their passwords used as part of their login credentials to access Schneider's online employee portal.

5.      At all times that I have been employed by Onshore, I and the other customer agents that I have supervised who provide Schneider's third-party, outsourced support center services have been required to provide information technology support services in accordance with and by following information security procedures and protocols that are established by Schneider.

6.      At all times that I have been employed by Onshore, I and the other customer agents that I have supervised who provide Schneider's third-party, outsourced support center services have been required to and did contemporaneously document our support assistance provided to employees in a Schneider support ticket log database. That documentation includes opening a support ticket for each employee who contacts the support center, validating the identity of the contacting party, and truthfully and accurately recording the details of the issue or problem reported and the support assistance requested by and/or provided to the contacting employee. In my role as Team Lead, I have access to and can retrieve and review support tickets, ticket logs and ticket log history from Schneider's support ticket log database, and for

**REPLY DECLARATION OF CHANCE SHOOK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS**

purposes of this declaration, I have retrieved and reviewed the ticket logs pertaining to Alejandro Romero, who has Schneider Employee Identification Number 383438.

7.     When an employee calls the Schneider Support Center for information technology support, those calls are automatically routed to an Onshore customer agent, either at the Macon, Missouri call center location where I work or at another Onshore call center location in Glenville, Georgia.  Upon receiving such a call, the first step in the process is for the Onshore customer agent to generate and open a support ticket in the Schneider support ticket log database, which is assigned its own unique six-digit Incident Number in the database.  Schneider also requires that each Onshore agent contemporaneously detail his or her handling of the call in the support ticket log database by recording in the support ticket, among other things, the name of the employee calling into the Support Center, the technology issue that employee needs resolved, and the actions taken by the Onshore customer agent to resolve the issue.

8.     At all times that I have worked for Onshore providing third-party, outsourced support center services for Schneider, Onshore's customer agents have been instructed and required to create and log each support ticket under the name of the employee who has called Schneider's Support Center for assistance.  Thus, when an employee initiates a call to the Support Center to request support assistance for himself or herself, that employee is listed as the primary contact or "customer" on the support ticket and it is logged in the support ticket log database under that employee's name.  If, on the other hand, it is the manager of an employee who initiates a call to the Support Center to request support assistance on behalf of an employee he or she manages, Onshore customer agents are required to and do log the manager as the primary contact or "customer" on the support ticket, note in the "Additional Details" or "Notes" fields of the support ticket that the manager is seeking support assistance

for an employee he or she manages and the name of that employee, and the support ticket is logged in the support ticket log database under the name of the manager who initiated the call. I have followed and adhered to these instructions and requirements at all times during my employment with Onshore in providing services to Schneider.

9. At all times that I have worked for Onshore providing third-party, outsourced support center services for Schneider, Onshore's customer agents have been instructed and required to record in the support ticket all individuals on the phone during a support call. Therefore, if an employee calls Schneider's Support Center with his or her manager on the call, Onshore's customer agent is required to and does note in the "Additional Details" or "Notes" fields of the support ticket that the employee's manager was also on the call; likewise, if a manager calls Schneider's Support Center with an employee he or she manages on the call, Onshore's customer agent is required to and does note in those fields of the support ticket that the manager's employee was also on the call. I have followed and adhered to these instructions and requirements at all times during my employment with Onshore in providing services to Schneider.

10. One type of information technology support request that Onshore customer agents frequently receive from callers to the Schneider Support Center is to assist an employee resetting his or her password. With respect to any driver employee who calls to request a password reset, the employee must provide his or her unique six-digit Employee Identification Number and the name of the employee's manager to the Onshore customer agent. Once the driver employee's identity has been confirmed by the Onshore customer agent in this manner, the Onshore customer agent handling the call uses a random password generator to generate a new password, and provides the new password directly to the employee over the phone. At no point is the new password recorded in the support ticket or logged in the support ticket log database.

**REPLY DECLARATION OF CHANCE SHOOK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS**

DocuSign Envelope ID: F4BF214B-D024-4B2A-B1E7-9C2AA2C1C9AA

Rather, when a password is reset and an employee is given a new password, the Onshore customer agent is required to and does instruct the employee that he or she should change the password themselves the first time they use it to log into the Schneider employee portal.   I have followed and adhered to these instructions and requirements at all times during my employment with Onshore in providing services to Schneider.

11.   For at least the last three years, Onshore has used Schneider's Avaya phone system for receiving Schneider Support Center calls, and that phone system has Caller ID capabilities.  As a result, most inbound calls to Schneider's Support Center that are serviced by Onshore customer agents display the phone number from which the inbound caller is calling.  When I handle inbound calls made to Schneider's Support Center, it is my custom and practice to record the telephone number of the employee who is calling in the "Phone" field portion of the "Additional Contact Information" section of the support ticket in case we get disconnected.  To do so, I would either record the inbound telephone number that was displaying through Caller ID on the phone system or, if no number was displayed, I would ask the employee who is calling for his or her best contact number, and record it in this field on the support ticket.

12.   In April 2018, Onshore employed a customer agent named Levi Donley, who provided services for the Schneider Support Center and worked the overnight shift on which I was the Team Lead.  I have reviewed the Schneider support ticket log database for support call tickets logged for support calls originating from Alejandro Romero, Employee Identification Number 383438 ("Mr. Romero").  The database contains a support call ticket assigned Incident Number 326197, which was created by Mr. Donley for a Schneider Support Center call he received from Mr. Romero on April 26, 2018 at 8:39 p.m. CST.  The support ticket reflects that the purpose of Mr.

DocuSign Envelope ID: F4BF214B-D024-4B2A-B157-9C2AA2C1C9AA

1    Romero's call was to reset his password, which Mr. Donley effectuated for him before

2    closing out the support call ticket a few minutes later.  Attached hereto as Exhibit 1 is

3    a true and correct copy of the support call ticket for Incident Number 326197 which

4    reflects these details.   This support call ticket does not reflect that the call was

5    originated by anyone other than Mr. Romero or that anyone other than Mr. Romero

6    and Mr. Donley participated in the call.

7

8           13.    The Schneider support ticket log database also contains support call

9    tickets for incoming support calls received from Mr. Romero on February 23, 2019 and

10   March 2, 2019, that I answered, handled and resolved, and I have accessed, retrieved

11   and reviewed the logged support tickets that I personally created and completed for

12   those two calls and refresh my recollection about each of them.

13

14          14.    The logged support ticket for the call on February 23, 2019 is assigned

15   Incident Number 470873 in the Schneider support ticket log database, is logged under

16   Mr. Romero's name, and accurately reflects the following:  Mr. Romero called the

17   Schneider Support Center on that date at approximately 11:40 p.m. CST, when the

18   support ticket for the call was initiated by me.  As I recorded in the denominated section

19   of the support ticket for the call, the "Call Source" was by "phone," reflecting that my

20   method of communication with Mr. Romero was by phone.  As I further recorded in

21   the denominated section of the support ticket, Mr. Romero's "Additional Contact

22   Information" for that call was a "Phone" number of 562-307-4750, which I either

23   entered as the phone number displayed by the Caller ID feature of the phone system or

24   which was provided to me directly by Mr. Romero.  Attached hereto as Exhibit 2 is a

25   true and correct copy of a screenshot of the support call ticket for Incident Number

26   470873 setting forth the foregoing information.

27

28

129889212.3

6

**REPLY DECLARATION OF CHANCE SHOOK IN FURTHER SUPPORT OF DEFENDANTS' MOTION
TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS**

DocuSign Envelope ID: F4BF214B-D024-4B2A-B1E7-9C2AA2C1C9AA

15.     During the support call on February 23, 2019, Mr. Romero requested to reset his Schneider password, and I effectuated that for him during the call, as reflected in the "Resolved" section of the support ticket for the call, which identifies me as the customer agent who resolved the issue for him.  *See* Exh. 2.  I would not have proceeded with the call and reset his password unless and until Mr. Romero successfully completed the identity verification steps for me as required by Schneider as part of its password security protocols.  Once I gave Mr. Romero his new, reset password, I would have instructed him to change it the first time he logs back into Schneider's employee portal using that new password as part of his login credentials, as that is a Schneider requirement and my standard custom and practice.

16.     Based on my review of the logged support call ticket for Incident Number 470873, I can confirm that Mr. Romero was the person who initiated the logged support call on February 23, 2019 and that there was no manager or supervisor who either initiated the call on his behalf or who otherwise participated in the call with him.  If a manager had requested the reset of Mr. Romero's password, I would have opened the support call ticket under the manager's name rather than Mr. Romero's, and if a manager had participated in the call as initiated by Mr. Romero, I would have noted the manager's participation in the "Details" or "Additional Notes" fields of the logged support call ticket, which I did not do.

17.     The logged support ticket for the call on March 2, 2019 is assigned Incident Number 474112 in the Schneider support ticket log database, is logged under Mr. Romero's name, and accurately reflects the following:  Mr. Romero called the Schneider Support Center on that date at approximately 12:04 a.m. CST, when the support ticket for the call was initiated by me, about his unsuccessful attempt to enter his vacation time.  As I recorded in the denominated section of the support ticket for

the call, "Call Source" was by "phone," reflecting that my method of communication with him was by phone. As I further recorded in the denominated section of the support ticket, Mr. Romero's "Additional Contact Information" for that call was a "Phone" number of 562-307-4750, which I either entered as the phone number displayed by the Caller ID feature of the phone system, or which was provided to me directly by Mr. Romero. Attached hereto as Exhibit 3 is a true and correct copy of a screenshot of the support call ticket for Incident Number 474112 setting forth the foregoing information.

18.    During the support call on March 2, 2019, I typed in the information in the "Issue Being Reported," "Details" and "Additional Notes" sections by hand, as opposed to choosing from a list of pre-populated call reasons. *See* Exh. 3. In those sections, I indicated that Mr. Romero was having problems entering his vacation time in a Schneider system, and that he was receiving a message when he tried to do so that his hours were not sufficient. *Id.* During this call, and as reflected in my notes within the logged support call ticket for the call, my understanding from Mr. Romero was that he was able to log into the Schneider system, which he would have needed his password to do. In assisting him during this support call, I located Schneider Support Center knowledge base articles indicating that an employee could not request vacation time through Schneider's electronic timekeeping system, as Mr. Romero was attempting to do, and my resolution notes for the support call ticket state that I instructed Mr. Romero to call his manager for further assistance with the issue, as it was not a technology issue that could be resolved by the Schneider Support Center with which I could assist him.

19.    Based on my review of the logged support ticket for Incident Number 474112 in the Schneider support ticket log database, I can confirm that Mr. Romero was the person who initiated the call on March 2, 2019 and that there was no manager or supervisor who either initiated the call on his behalf or who otherwise participated

**REPLY DECLARATION OF CHANCE SHOOK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS**

in the call with him. I would have verified Mr. Romero's identity prior to proceeding with assisting him with the support call and completing the support call ticket for Incident Number 474112, and if a manager had initiated the call on his behalf, I would have opened the support call ticket under the manager's name. Likewise, if a manager had participated in the call, I would have noted the manager's participation in the "Details" or "Additional Notes" field of the logged support call ticket, which I did not do.

20. According to my review of Mr. Romero's logged support call tickets in the Schneider support ticket log database, the password reset that I effectuated for him on February 23, 2019 was the last reset of his Schneider password done through the Schneider Support Center and no reset of his password was done at any time thereafter, and Mr. Romero's March 2, 2019 call to the Schneider Support Center was the last contact he had with the Support Center.

21. In the over seven years that I have worked for Onshore providing services as a Schneider Support Center customer agent, I have never given an employee's reset password to the employee's manager and I do not have access to any employee's existing password.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 19, 2020, at Macon, Missouri.



DocuSigned by:

Chance Shook

55A4671B37AB479...

CHANCE SHOOK

REPLY DECLARATION OF CHANCE SHOOK IN FURTHER SUPPORT OF DEFENDANTS' MOTION
TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS



EXHIBIT 1



EXHIBIT 1



EXHIBIT 2



EXHIBIT 3