UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV 19-2158 PSG (KKx) | Date | April 29, 2020 |
|---|---|---|---|
| Title | Alejandro Romero v. Watkins and Shepard Trucking, Inc., et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**     Supplemental Briefing Order

After considering the moving papers on Defendants Watkins and Shepard Trucking, Inc. and Schneider National Carriers, Inc.'s ("Defendants") motion to compel arbitration, *see* Dkt. # 12 ("*Mot.*"), the Court requests that Plaintiff Alejandro Romero ("Plaintiff") file a surreply to Defendants' reply to the motion, *see* Dkt. # 19 ("*Reply*"), no later than **May 18, 2020**. Plaintiff may only address the following two issues in his surreply:

1. Defendants' argument that Section 1 of the Federal Arbitration Act ("FAA") does not apply because the parties "*expressly* 'waive[d] the application or enforcement of any provision of the FAA which would otherwise exclude this [arbitration agreement] from its coverage.'" *See Reply* 5:1–2 (emphasis in original).

2. If the FAA does not apply to the arbitration agreement, what law governs the agreement and can the Court enforce the agreement under the applicable governing law?

The Court also requests that Defendants file a sur-surreply to this surreply no later than **May 26, 2020.** The surreply may not exceed twelve pages in length. The sur-surreply may not exceed six pages in length. Upon review of these moving papers, the Court will schedule a hearing if necessary.

The May 4, 2020 hearing and status conference are hereby taken off-calendar. *See* Dkts. # 12, 14.

**IT IS SO ORDERED**.