Eric A. Panitz (SBN 243877)
PANITZ LAW GROUP APC
18000 Studebaker Road, Suite 700
Cerritos, CA 90703
(562) 924-7800 Phone
(562) 924-7801 Fax
eric@panitzlaw.com

Attorneys for Plaintiff
ALEJANDRO ROMERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ROMERO, on his own behalf and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br>            Defendants. | Case No. 5:19-cv-02158 PSG (KKx)<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff ALEJANDRO ROMERO appeals to the United States Court of Appeals for the Ninth Circuit from the Order dated July 10, 2020, dismissing this action without prejudice and compelling arbitration (Dkt. No. 28), and all judgments, orders, opinions, rulings, and findings pertinent or ancillary thereto. Attached hereto is a Representation Statement, as required by Rule 12(b) of the Federal Rules of Appellate Procedure and Rule 3-2(b) of the Rules of the United States Court of Appeals for the Ninth Circuit.

Dated: July 29, 2020             PANITZ LAW GROUP APC

                                 By: _____
                                 ERIC A. PANITZ
                                 Attorneys for Plaintiff
                                 ALEJANDRO ROMERO

# CERTIFICATE OF SERVICE

I, Eric A. Panitz, an employee in the County of Los Angeles, certify that on **July 29, 2020**, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of document(s) filed in this matter:

**PLAINTIFF'S NOTICE OF APPEAL**

*Counsel for Defendants:*

Sabrina A. Beldner
Amy. E. Beverlin
Ashley R. Li
Matthew C. Kane
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067
Phone: (310) 315-8200
Fax: (310)315-8210
sbeldner@mcguirewoods.com
abeverlin@mcguirewoods.com
ali@mcguirewoods.com
mkane@mcguirewoods.com

Dated: July 29, 2020

PANITZ LAW GROUP APC

_____
ERIC A. PANITZ
18000 Studebaker Road, Suite 700
Cerritos, California 90703
Attorneys for Plaintiff
ALEJANDRO ROMERO

NOTICE OF APPEAL
3