Eric A. Panitz (SBN 243877)
PANITZ LAW GROUP APC
18000 Studebaker Road, Suite 700
Cerritos, CA 90703
(562) 924-7800 Phone
(562) 924-7801 Fax
eric@panitzlaw.com

Attorneys for Plaintiff
ALEJANDRO ROMERO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ROMERO, on his own behalf and on behalf of all other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 5:19-cv-02158 PSG (KKx)<br><br>**PLAINTIFF ALEJANDRO ROMERO'S REPRESENTATION STATEMENT** |

The undersigned represents ALEJANDRO ROMERO plaintiff and appellant in this matter and no other party. The following is a list of all of the parties to the action and the information regarding their counsel. See F.R.A.P. 12(b); see also Ninth Circuit Rule 3-2(b).

**Plaintiff and Appellant ALEJANDRO ROMERO**:

Eric A. Panitz (SBN 243877)
PANITZ LAW GROUP APC
18000 Studebaker Road, Suite 700
Cerritos, CA 90703
(562) 924-7800 Phone
(562) 924-7801 Fax
eric@panitzlaw.com


**Defendants WATKINS AND SHEPARD TRUCKING, INC., and SCHNEIDER NATIONAL CARRIERS, INC.:**

Ashley R Li
Lindsay Larsen Ryan
Matthew Charles Kane
Sabrina A Beldner
MCGUIRE WOODS LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Tel.: (310) 315-8200
Fax: (310) 315-8210
///

Dated: July 29, 2020          PANITZ LAW GROUP APC

By: _____
ERIC A. PANITZ
Attorneys for Plaintiff
ALEJANDRO ROMERO

# CERTIFICATE OF SERVICE

I, Eric A. Panitz, an employee in the County of Los Angeles, certify that on **July 29, 2020**, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of document(s)filed in this matter:

## PLAINTIFF ALEJANDRO ROMERO'S REPRESENTATION STATEMENT

_Counsel for Defendants:_

Sabrina A. Beldner
Amy. E. Beverlin
Ashley R. Li
Matthew C. Kane
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067
Phone: (310) 315-8200
Fax: (310)315-8210
sbeldner@mcguirewoods.com
abeverlin@mcguirewoods.com
ali@mcguirewoods.com
mkane@mcguirewoods.com

Dated: July 29, 2020

PANITZ LAW GROUP APC

ERIC A. PANITZ
18000 Studebaker Road, Suite 700
Cerritos, California 90703
Attorneys for Plaintiff
ALEJANDRO ROMERO