UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO ROMERO, on his own behalf and on behalf of all other persons similarly situated, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation and SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, <br><br> Defendants - Appellees. | No. 20-55768 <br><br> D.C. No. 5:19-cv-02158-PSG-KK <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |

The judgment of this Court, entered August 19, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7